Ronald C. Redcay
James F. Speyer
S. Albert Wang
Arnold & Porter LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199
ronald.redcay@aporter.com
james.speyer@aporter.com
s.albert.wang@aporter.com

Louis R. Veerman
Michael Stephan McLaughlin
Law Offices of Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501-1964
Telephone: 907.793.2200
Facsimile: 907.793.2299
dveerman@guessrudd.com
mmclaughlin@guessrudd.com

Attorneys for Defendant BP Products North America Inc.,
successor-in-interest to BP Oil Supply Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| PETRO STAR INC., ) | Case No.: 3:11-cv-00064 RRB |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT BP PRODUCTS NORTH** |
| vs. ) | **AMERICA INC.'S MOTION FOR** |
| ) | **SUMMARY JUDGMENT** |
| BP OIL SUPPLY CO., BP PRODUCTS ) | |
| NORTH AMERICA INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Defendant BP Products North America Inc., successor-in-interest to BP Oil Supply Company, hereby moves for summary judgment, pursuant to Federal Rule of Civil Procedure 56, in its favor against plaintiff Petro Star Inc. on all of plaintiff's claims. This motion is supported by the accompanying memorandum, the declaration of S. Albert Wang, and the exhibits attached to the Wang declaration.

Dated: September 28, 2012.

ARNOLD & PORTER LLP
Attorneys for Defendant

By:   s/James F. Speyer
Ronald C. Redcay
James F. Speyer
S. Albert Wang
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199
james.speyer@aporter.com
ronald.redcay@aporter.com
s.albert.wang@aporter.com

LAW OFFICES OF GUESS & RUDD P.C.
Attorneys for Defendant

By:   s/Louis R. Veerman
Louis R. Veerman
Michael Stephan McLaughlin
510 L Street, Suite 700
Anchorage, Alaska 99501-1964
Telephone: 907.793.2200
Facsimile: 907.793.2299
Bar No. 7610141
Bar No. 8511137
dveerman@guessrudd.com
mmclaughlin@guessrudd.com

CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2012,
a copy of the foregoing document,
DEFENDANT BP PRODUCTS NORTH
AMERICA INC.'S MOTION FOR SUMMARY
JUDGMENT was served electronically on:

    Parker C. Folse, III
    Bruce A. Moore
    Floyd G. Short
    Genevieve Vose

Arnold & Porter LLP

By:  s/James F. Speyer

DEFENDANT BP PRODUCTS NORTH AMERICA INC.'S MOTION FOR SUMMARY JUDGMENT
Petro Star v. BP Oil Supply Co., BP Products North America Inc.
Case No. 3:11-cv-00064 RRB     - 2 -
Case 3:11-cv-00064-RRB   Document 89   Filed 09/28/12   Page 3 of 3