**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

PETRO STAR INC.,
      Plaintiff,

Case Number 3:11-cv-00064-RRB

v.

BP OIL SUPPLY CO., et al.,
      Defendants.

**JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT the plaintiff recover nothing, the action be dismissed on the merits, and the defendant BP Products North America, Inc., successor-in-interest to BP Oil Supply Company recover costs in the amount of $_____ from the plaintiff Petro Star Inc..

APPROVED:

_/s/Ralph  R. Beistline_
RALPH R. BEISTLINE
United States District Judge

Date: December 10, 2012

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

      Marvel Hansbraugh
      Marvel Hansbraugh,
      Clerk of Court

[311cv64RRB-judgment.wpd]{JMT2.WPT*Rev.3/03}