Bruce Moore
Landye Bennett Blumstein LLP
701 West 8th Avenue, Ste. 1200
Anchorage, AK 99501
Ph: (907) 276-5152
Fax: (907) 276-8433
brucem@lbblawyers.com

Parker C. Folse, III
Floyd G. Short
Genevieve Vose
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Ph: (206) 373-3880
Fax: (206) 516-3883
pfolse@susmangodfrey.com
fshort@susmangodfrey.com
gvose@susmangodfrey.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

FILE NO. 3:11-CV-00064 RRB

| | |
|---|---|
| PETRO STAR INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BP OIL SUPPLY CO., BP PRODUCTS )<br>NORTH AMERICA INC. )<br>)<br>Defendants )<br>) | **NOTICE OF APPEAL** |

NOTICE OF APPEAL
*Petro Star v. BP Oil Supply Co., et al.*
Case No. 3:11-cv-00064 RRB
2525753v1/011100

Page 1 of 3

Case 3:11-cv-00064-RRB   Document 120   Filed 01/03/13   Page 1 of 3

Notice is hereby given that Petro Star Inc., plaintiff in the above named case *Petro Star v. BP Oil Supply Co., BP Products North America Inc.*, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendant's Motion for Summary Judgment entered in this action on December 7, 2012 (dkt. 115) and Judgment entered on December 10, 2012 (dkt. 116) and amended on January 3, 2013 (dkt. 116-1).

DATED this 3rd day of January, 2013, at Seattle, Washington

        SUSMAN GODFREY L.L.P.
        Attorneys for Plaintiffs


By: */s/ Floyd G. Short*
    Parker C. Folse, III (*pro hac vice*)
    Floyd G. Short (*pro hac vice*)
    Genevieve Vose (*pro hac vice*)
    1201 Third Avenue, Suite 3800
    Seattle, WA 98101
    Ph: (206) 516-3880
    Fax: (206) 516-3883
    pfolse@susmangodfrey.com
    fshort@susmangodfrey.com
    gvose@susmangodfrey.com

    Bruce Moore
    Landye Bennett Blumstein LLP
    701 West 8th Avenue, Ste. 1200
    Anchorage, AK 99501
    Ph: (907) 276-5152
    Fax: (907) 276-8433
    brucem@lbblawyers.com
    Bar No. 8611124

NOTICE OF APPEAL
*Petro Star v. BP Oil Supply Co., et al.*
Case No. 3:11-cv-00064 RRB
2525753v1/011100

Page 2 of 3

Case 3:11-cv-00064-RRB   Document 120   Filed 01/03/13   Page 2 of 3

This is to certify that a true copy of the foregoing was served electronically this 3rd day of January, 2013, on:

Louis R. Veerman
E-mail: dveerman@guessrudd.com

Ronald C. Redcay
E-mail: Ronald.Redcay@aporter.com

James F. Speyer
E-mail: James.Speyer@aporter.com

S. Albert Wang
E-mail: S.Albert.Wang@aporter.com

Attorneys for Defendant BP Products North America Inc., successor-in-interest to BP Oil Supply Company Attorneys for Defendant BP Products North America Inc., successor-in-interest to BP Oil Supply Company

By _____
Holly L. White

NOTICE OF APPEAL
*Petro Star v. BP Oil Supply Co., et al.*
Case No. 3:11-cv-00064 RRB
2525753v1/011100

Page 3 of 3

Case 3:11-cv-00064-RRB   Document 120   Filed 01/03/13   Page 3 of 3