**FILED**

SEP 18 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PETRO STAR, INC., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> BP OIL SUPPLY CO. And BP PRODUCTS NORTH AMERICA, INC., <br><br> Defendants - Appellees. | No. 13-35007 <br><br> D.C. No. 3:11-cv-00064-RRB <br> District of Alaska, <br> Anchorage <br><br> ORDER |

Before: WALLACE, GRABER, and WARDLAW, Circuit Judges.

Appellant is requested to file a response, not to exceed fifteen pages, to appellee's petition for rehearing filed September 12, 2014. The response shall be filed within twenty-one days of the date of this order.

**IT IS SO ORDERED.**