**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

PETRO STAR INC.,
    Plaintiff,

Case Number 3:11-cv-00064-RRB

v.

BP OIL SUPPLY CO., et al.,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

    THAT the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant, BP Oil Supply Co. and BP Products North America Inc., recover of plaintiff, Petro Star Inc., defendant's costs of action in the amount of $_____ and attorney's fees in the amount of $_____ with postjudgment interest thereon at the rate of 0.55% as provided by law.

APPROVED:

S/ RALPH R. BEISTLINE
United States District Judge

Date: May 10, 2016                                     Lesley K. Allen
                                                         Clerk of Court

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

[Jmt1-with fees and costs - rev. 1-13-16]