Bruce Moore
Landye Bennett Blumstein LLP
701 West 8th Avenue, Suite 1200
Anchorage, AK 99501
Ph: (907) 276-5152
Fax: (907) 276-8433
brucem@lbblawyers.com

Parker C. Folse, III
Floyd G. Short
Genevieve Vose Wallace
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Ph: (206) 373-3880
Fax: (206) 516-3883
pfolse@susmangodfrey.com
fshort@susmangodfrey.com
gwallace@susmangodfrey.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | | |
|---|---|---|
| PETRO STAR INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| BP OIL SUPPLY CO., BP PRODUCTS NORTH AMERICA INC., | ) ) ) | |
| Defendants | ) ) | Case No. 3:11-cv-00064 RRB |

## NOTICE OF APPEAL

NOTICE OF APPEAL
Petro Star v. BP Oil Supply Co., et al.
Case No. 3:11-cv-00064 RRB
4343543v1/011100

Case 3:11-cv-00064-RRB   Document 213   Filed 06/07/16   Page 1 of 3

Notice is hereby given that Petro Star Inc., plaintiff in the above named case *Petro Star v. BP Oil Supply Co., BP Products North America Inc.*, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Findings of Fact, Conclusions of Law, and Order entered in this action on May 9, 2016 (dkt. 199) and Judgment entered on May 10, 2016 (dkt. 200).

DATED: June 7, 2016.

        SUSMAN GODFREY L.L.P.
        Attorneys for Plaintiffs

        By: */s/ Genevieve Vose Wallace*
           Parker C. Folse, III (*pro hac vice*)
           Floyd G. Short (*pro hac vice*)
           Genevieve Vose Wallace (*pro hac vice*)
           1201 Third Avenue, Suite 3800
           Seattle, WA 98101
           Ph: (206) 516-3880
           Fax: (206) 516-3883
           pfolse@susmangodfrey.com
           fshort@susmangodfrey.com
           gwallace@susmangodfrey.com

           Bruce Moore
           Landye Bennett Blumstein LLP
           701 West 8th Avenue, Suite 1200
           Anchorage, AK 99501
           Ph: (907) 276-5152
           Fax: (907) 276-8433
           brucem@lbblawyers.com
           Bar No. 8611124

NOTICE OF APPEAL   Page 1
Petro Star v. BP Oil Supply Co., et al.
Case No. 3:11-cv-00064 RRB
4343543v1/011100

Case 3:11-cv-00064-RRB   Document 213   Filed 06/07/16   Page 2 of 3

This is to certify that a true copy of the foregoing was served electronically this 7th day of June, 2016, on:

Louis R. Veerman
E-mail: dveerman@guessrudd.com

Michael S. McLaughlin
E-mail: mmclaughlin@guessrudd.com

Ronald C. Redcay
E-mail: Ronald.Redcay@aporter.com

James F. Speyer
E-mail: James.Speyer@aporter.com

S. Albert Wang
E-mail: S.Albert.Wang@aporter.com

Timothy R. Macdonald
E-mail: Timothy.Macdonald@aporter.com

Attorneys for Defendant BP Products North America Inc., successor-in-interest to BP Oil Supply Company


By   */s/ Genevieve Vose Wallace*

NOTICE OF APPEAL                                                            Page 2
Petro Star v. BP Oil Supply Co., et al.
Case No. 3:11-cv-00064 RRB
4343543v1/011100

Case 3:11-cv-00064-RRB   Document 213   Filed 06/07/16   Page 3 of 3