FILED

AUG 22 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PETRO STAR, INC., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> BP OIL SUPPLY CO.; BP PRODUCTS NORTH AMERICA, INC., <br><br> Defendants-Appellees. | No. 16-35470 <br><br> D.C. No. 3:11-cv-00064-RRB <br> District of Alaska, <br> Anchorage <br><br> ORDER |

Before: GRABER, CLIFTON, and M. SMITH, Circuit Judges.

The parties have agreed to pursue settlement discussions with the assistance of the Circuit Mediation Office. The appeal is referred to the Mediation Office and deferral of the case will continue pending further order of the court.

The Circuit Mediator will contact the parties to schedule mediation and shall provide a status report to the panel within 60 days following this order.