FILED

UNITED STATES COURT OF APPEALS

JAN 31 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETRO STAR, INC., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> BP OIL SUPPLY CO. and BP PRODUCTS NORTH AMERICA, INC., <br><br> Defendants-Appellees. | No. 16-35470 <br><br> D.C. No. 3:11-cv-00064-RRB <br> District of Alaska, <br> Anchorage <br><br> ORDER |

Before: GRABER, CLIFTON, and M. SMITH, Circuit Judges.

Pursuant to the stipulation of the parties (Docket Entry No. 48), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.